GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 378-2625
sperlein@aol.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO.  C-05-2973 (PJH) |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** ; AND ORDER |
| GLOBAL MEDIA RESOURCES, a Bahamian business entity type unknown, and PYTHON COMMUNICATIONS, INC. d/b/a PYTHON MEDIA, a Canadian business entity, type unknown, | |
| Defendants. | |

Plaintiff IO GROUP, INC. dismisses this action with prejudice.

Dated: *March 9, 2006*                                 Respectfully submitted,

*/s/ Gill Sperlein*

GILL SPERLEIN
Attorney for Plaintiff IO GROUP, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

### CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years. I am employed in the county of San Francisco, in the office of a member of the bar of this court at whose direction the service was made. My business address is IO GROUP, INC D/B/A TITAN MEDIA, 69 Converse Street, San Francisco, CA 94103. On March 9, 2006, I served the following document(s) by the method indicated below:

- **NOTICE OF VOLUNTARY DISMISSAL**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, with United States Postal System at San Francisco, California addressed as set for below. I am readily familiar with the business' practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal System at San Francisco on that same day with postage thereon fully prepaid in the ordinary course of business.

Jay Spillane
Fox Spillane, llp
1880 Century Park East, Suite 1004
Los Angeles, CA  90067

And by facsimile to Jay Spillane at **(310)229-9380**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 9, 2006, at San Francisco, California.

*/s/ Eric Burford*
_____
Eric Burford

I hereby attest that this is the declaration of Eric Burford and the original with Eric Burford's holographic signature is on file for production for the Court if so ordered, or for inspection upon request by any party.  Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:  *March 9, 2006*

*/s/ Gill Sperlein*
_____
GILL SPERLEIN,
Counsel for Plaintiff Io Group, Inc.